# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*IN RE: ISSUANCE OF SUBPOENA FOR INTERNET SERVICE PROVIDER IDENTIFICATION*
Case No. 3:20-mc-00004-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

GIAC has filed a motion for application for issuance of a subpoena pursuant to 17 U.S.C. § 512(h).[1] As described in 17 U.S.C. § 512(h)(1), a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." This request is properly made using the form at https://www.akd.uscourts.gov/sites/akd/files/forms/AO_088B.pdf. This form and the documents listed in 17 U.S.C. § 512(h)(2) should then be submitted to the Clerk's office.

Accordingly, GIAC is directed to make the request for issuance of the subpoena to the Clerk of Court. The motion at docket 1 is **DENIED WITHOUT PREJUDICE**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: February 10, 2020

---

[1] Dkt. 1.

1